ACCEPTED
04-14-00899-cv
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
5/21/2015 11:38:33 AM
KEITH HOTTLE
CLERK

# GARCIA & VILLARREAL, PLLC
## A t t o r n e y s  a t  L a w

**Francisco R. Villarreal**
panchov@gvlaw.net

4311 N. McColl Rd.
McAllen, Texas 78504

Telephone: 956-630-0081
Facsimile: 956-630-3631

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
05/21/2015 11:38:33 AM
KEITH E. HOTTLE
Clerk

May 21, 2015

Hon. Keith E. Hottle                                      *Via Electronic Submission*
**Clerk, Fourth Court of Appeals**
Cadena-Reeves Justice Center
300 Dolorosa, Suite 200
San Antonio, Texas 78205-3037

      Re:    Cause No. 04-14-00899-CV
               *Laura Leticia Zepeda Vasquez, Individually and on behalf of The Estate of Jose Abraham Vasquez, Jr. v. Legend Natural Gas III L.P., et al.*

Dear Mr. Hottle:

The undersigned is counsel for the Appellee, XTO Energy, Inc., in the above-referenced proceeding. Appellee respectfully requests that you forward this letter brief to the justices on the Court who are handling this matter. A copy of this letter is also being served on counsel for all the parties.

Counsel for XTO Energy, Inc. has received and reviewed all of the briefing filed by the other appellees in this proceeding, including: Rosetta Resources Operating Co., Inc., Virtex Operating Co. Inc. and Virtex Holdings, L.L.P., Enterprise Products Holdings, LLC and Enterprise Products Co., Lewis Energy Group, LP and Lewis Petro Properties, Inc., and Legend Natural Gas III, LP and Legend Natural Gas, LLC.

The trial court's final judgment in this matter was in favor of XTO Energy, Inc. and disposed of all of the claims raised by the Appellants Laura Leticia Zepeda Vasquez, Individually and on behalf of The Estate of Jose Abraham Vasquez, Jr. against XTO Energy, Inc. (CR 147)  Because XTO Energy, Inc. is similarly situated and in the same position as the other appellees in this matter, and rather than file an additional brief of its own, XTO Energy, Inc. formally joins in

and adopts by reference here all of the arguments previously submitted to this Court by the other appellee parties in favor of affirming the final judgment of the trial court. *See* Tex. R. App. P. 9.7.

As a result, and for all of the reasons raised in the prior briefing submitted to this Court by the other appellees in this matter, XTO Energy, Inc. respectfully requests that this Court affirm the trial court's judgment in favor of XTO Energy, Inc. in all respects.

Respectfully submitted,

/s/ *Francisco R. Villarreal*
Jose E. Garcia
State Bar No. 07636780
Francisco Rene Villarreal
State Bar No. 00789706
**Garcia & Villarreal, PLLC**
4311 North McColl Road
McAllen, Texas 78502
956-630-0081
956-630-3631 Facsimile
panchov@gvlaw.net

*Attorneys for Appellee, XTO Energy, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true copy of this document was served via the e-filing system (if the individual was registered for service) and as shown below on May 21, 2015.

Jeffrey L. Dorrell
**HANSZEN LAPORTE, L.L.P.**
11767 Katy Fwy., Ste. 850
Houston, TX 77079
Email: jdorrell@hanszenlaporte.com

Isaac J. Huron
**DAVIS CEDILLO &
MENDOZA, INC.**
McCombs Plaza, Suite 500
755 E. Mulberry Ave.
San Antonio, Texas 78212
Email: ihuron@lawdcm.com

David L. Ortega
Richard McNitzky
**NAMAN HOWELL
SMITH & LEE, PLLC**
Union Square II
10001 Reunion Place, Suite #600
San Antonio, Texas 78216
Email: dortega@namanhowell.com
        rmcnitzky@namanhowell.com

William A. Abernethy
**DONNELL ABERNETHY
& KIESCHNICK, P.C.**
555 N. Carancahua, Ste. 1700
Corpus Christi, Texas 78401-0583
Email: babernathy@dakpc.com

E. Michael Rodriguez
**ATLAS HALL &
RODRIGUEZ, L.L.P.**
PO Box 6369
50 W. Morrison Rd., Ste. A
Brownsville, Texas 78523-6369
Email: mrodriguez@atlashall.com

Brian Miller
**VICKERY & WILLIAMS, L.L.P.**
Frost Bank Plaza, Suite 1300
802 N. Carancahua St.
Corpus Christi, Texas 78401
Email: brian.miller@roystonlaw.com


*/s/ F.R.Villarreal*
Francisco R. Villarreal